

IT IS SO ORDERED.
Signed March 09, 2009

**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

---

1  Marc Voisenat (CSB# 170935)
   1330 Broadway, Suite 1035
2  Oakland, Ca. 94612
   Tel: (510) 272-9710
3  Fax: (510) 272-9158
   Email: Voisenat@gmail.com
4
   Attorney for Debtors
5  Richard Souza Caporale
   Isabel Ann Caporale

United States Bankruptcy Court

Northern District of California

| | |
|---|---|
| In re: | Case No.: 07-54109 |
| RICHARD SOUZA CAPORALE | Adv. No 09-05050 |
| ISABEL ANN CAPORALE | . |
| Debtors. | |
| RICHARD CAPORALE AND ISABEL CAPORALE | **TEMPORARY RESTRAINING ORDER AND OSC RE: PRELIMINARY INJUNCTION** |
| Plaintiffs, | |
| vs. | Date: February 25, 2009 |
| SAXON MORTGAGE SERVICES INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY, MSAC 2007-NC3 AND DOES 1-10 | Time: 3:15 p.m.<br>Room: 3020 |
| Defendants. | |

- 1

TO DEFENDANTS SAXON MORTGAGE SERVICES INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY, MSAC 2007-NC3 AND THEIR ATTORNEY OF RECORD:

The Court having read and considered the Plaintiff's complaint, Plaintiff's Application, Memorandum of Points and Authorities in support of application, Request for Judicial Notice, the declarations provided herewith, hearing oral argument of counsel and for the reasons set forth on the record;

IT IS HEREBY ORDERED AS FOLLOWS:

The Application for a Temporary Restraining Order is GRANTED. You and/or your, assigns and all those acting in concert with you are hereby restrained and enjoined from attempting to foreclose on any equitable or legal interest in the real property located at 14943 Conway Ave, San Jose, California (the "Property"), including but not limited to, commencing a Trustee's Sale to foreclose on any interest in the Property until March 17, 2009.

IT IS FURTHER ORDERED that an Order to Show Cause (OSC) shall issue why a preliminary injunction of defendant's trustee sale should continue beyond March 17, 2009. The hearing on the OSC will be on March 16, 2009 at 2:15 p.m.

Any supplemental papers in support of the OSC shall be filed by March 4, 2009. Any opposition shall be filed by March 11, 2009.

IT IS SO ORDERED.

*** END OF ORDER ***

1 **COURT SERVICE LIST**

2 Marc Voisenat
1330 Broadway, Suite 1035
3 Oakland, Ca. 94612

4

William Malcolm, Esq.
5 Malcolm & Cisneros
2112 Business Center Drive, Second Floor
6 Irvine, CA 92612

7 Gregory Hwin
Deutsche Bank National Trust Company
8 As Trustee for Morgan Stanley MSAC 2007-NC3
1761 East St. Andrew Place
9 Santa Ana, Ca. 92705

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 3 -