Desmond J. Hinds, Esq. (SBN: 105831)
dhinds@hinshawlaw.com
David C. Hunter, Esq. (SBN: 208155)
dhunter@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: 310-909-8000
Facsimile: 310-909-8001

**Attorneys for Defendants**
**SAXON MORTGAGE SERVICES INC.;**
**DUETSCHE BANK NATIONAL TRUST**
**COMPANY AS TRUSTEE FOR**
**MORGAN STANLEY, MSAC 2007-NC3**

FILED
JUL 14 2009
CLERK
United States Bankruptcy Court
San Jose, California

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>RICHARD SOUZA CAPORALE<br>and ISABEL SOUZA CAPORALE,<br><br>Debtors. | **Adversary Case No. 09-05050**<br><br>(Related Chapter 7 Case No. 07-54109)<br><br>Assigned to Judge Arthur S. Weissbrodt |
| RICHARD SOUZA CAPORALE<br>and ISABEL SOUZA CAPORALE,<br><br>Plaintiffs,<br><br>vs.<br><br>SAXON MORTGAGE SERVICES INC., DUETSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY, MSAC 2007-NC3; AND DOES 1-10,<br><br>Defendants. | **DECLARATION OF DAVID HUNTER RE: ORDER TO SHOW CAUSE HEARING**<br><br>Date: July 16, 2009<br>Time: 2:30 p.m.<br>Courtroom: 3020 |

1

DECLARATION OF DAVID HUNTER RE OSC

31143992v1

Case: 09-05050    Doc# 43    Filed: 07/14/09    Entered: 07/14/09 15:14:14    Page 1 of 3

I, DAVID HUNTER, hereby declare as follows:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California. I am an associate with the law firm of Hinshaw & Culbertson LLP, counsel of record for Defendants SAXON MORTGAGE SERVICES INC., a Texas Corporation and DUETSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY, MSAC 2007-NC3 (hereinafter "Defendants") in this matter. The following information is known to me of my own personal knowledge, unless indicated otherwise, and if called and sworn as a witness I could testify competently thereto.

2. This declaration is submitted for the Court's review re the OSC hearing set for July 16, 2009 at 2:30 p.m. in Courtroom.

3 The last hearing on the OSC re Injunction was held on May 28, 2009. At that time the Court continued a preliminary injunction prohibiting Defendants from foreclosing on Plaintiffs' property until July 28, 2009.

4. On May 29, 2009 I received a telephone call from Plaintiff's counsel Marc Voisenat. Mr. Voisenat informed me Plaintiffs received a "Cash for Keys Offer" letter from a real estate agent, Jason Muth of Coldwell Banker. Mr. Voisenat faxed a copy of this "Cash for Keys Offer" letter to my attention.

5. I immediately contacted Mr. Muth and informed him of the Court's Order re preliminary injunction being in effect until July 28, 2009. Mr. Muth said "no problem". Apparently there was a miscommunication with the local property manager, NRT REO Experts.

6. Mr. Muth did not list Plaintiffs' residence for sale. Mr. Muth did not place a sign in front of Plaintiffs' residence. Mr. Muth did not place Plaintiffs' residence on the MLS (Multiple Listing Service). Mr. Muth did not market the property in any way. <u>The property was not sold.</u>

7. A true and correct copy of the REO Trans notes (call notes listing notification) is attached as **Exhibit A**. My call to Mr. Muth of May 28, 2009 is reflected therein ("sale to be stopped per a Federal Judge"). The trustee's sale is listed as "invalid" as of June 1, 2009. The status of the property was listed as "unavailable" as of June 2, 2009.

8. Plaintiffs' residence was in fact listed for sale, by Plaintiffs, on August 8, 2008. Defendants attempted to work things out with Plaintiffs as required by California *Civil Code* §2923.5 and allowed the property to be placed on the market as a Short Sale. With this agreement, the lender releases the borrower from the mortgage, thereby preventing foreclosure. This listing is attached hereto as **Exhibit B.**

9. The Court requested Defendants prove they are the proper party to foreclose on Plaintiffs' residence. I requested the original Promissory Note and Deed of Trust from Defendants. I now have these documents in my possession.

10. A true and correct copy of the original Adjustable Rate Note (the "Note") dated February 23, 2007 is attached hereto as **Exhibit C.**

11. A true and correct copy of the original Deed of Trust dated February 23, 2007; the Adjustable Rate Rider signed by Plaintiffs on February 23, 2007; and Prepayment Rider (Adjustable Rate Loan) signed by Plaintiffs on February 23, 2007 is attached hereto as **Exhibit D.**

12. Your honor, Defendants apologize to the Court for the miscommunication that resulted in Plaintiffs receipt of the "Cash for Keys Offer" letter. Saxon Mortgage Services Inc. had and has this loan account frozen on "litigation hold". Somehow the property management company did not catch this. When the matter came to my attention I handled it immediately.

13. Saxon Mortgage Services Inc. sent a Rescission of the Trustee's Deed out for recording on July 10, 2009. We should have evidence of this recording shortly. We will supplement this Declaration with this evidence before the OSC hearing.

14. Defendants have done everything possible to address this mistake and restore title to the subject property to Plaintiffs. Again, Defendants apologize to Plaintiffs and the Court for any inconvenience this may have caused.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 13th day of July at Los Angeles, California.

David Hunter

Case: 09-05050    Doc# 43    Filed: 07/14/09    Entered: 07/14/09 15:14:14    Page 3 of 3