Desmond J. Hinds, Esq. (SBN: 105831)
dhinds@hinshawlaw.com
David C. Hunter, Esq. (SBN: 208155)
dhunter@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: 310-909-8000
Facsimile: 310-909-8001

Attorneys for Defendants
SAXON MORTGAGE SERVICES INC.;
DUETSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR
MORGAN STANLEY, MSAC 2007-NC3

FILED

AUG 12 2009

San Jose, California

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>RICHARD SOUZA CAPORALE<br>and ISABEL SOUZA CAPORALE,<br><br>Debtors. | **Adversary Case No. 09-05050**<br><br>(Related Chapter 7 Case No. 07-54109)<br><br>Assigned to Judge Arthur S. Weissbrodt |
| RICHARD SOUZA CAPORALE<br>and ISABEL SOUZA CAPORALE,<br><br>Plaintiffs,<br><br>vs.<br><br>SAXON MORTGAGE SERVICES<br>INC., DUETSCHE BANK<br>NATIONAL TRUST COMPANY AS<br>TRUSTEE FOR MORGAN<br>STANLEY, MSAC 2007-NC3;<br>AND DOES 1-10,<br><br>Defendants. | **DECLARATION OF CHRISTOPHER M. TROMBLEY IN SUPPORT OF SUPPLEMENTAL BRIEF IN OPPOSITION TO APPLICATION FOR RESTRAINING ORDER**<br><br>Date: August 31, 2009<br>Time: 2:15 p.m.<br>Courtroom: 3020 |

1

DECLARATION OF CHRISTOPHER M. TROMBLEY

31143880v1 68313

Case: 09-05050, Doc# 47, Filed: 08/12/09, Entered: 08/13/09 16:42:27 Page 1 of 15

I, Christopher M. Trombley, hereby declare as follows:

1. I am employed by Defendant, SAXON MORTGAGE SERVICES INC. as a Call Center Manager at the Primary Servicing Center in Fort Worth, Texas. I have been employed by Saxon for 8 years. I have acted as a Call Center Manager for Saxon for 2 years.

2. It is Saxon's custom and practice to maintain Call Notes in our computer system to document both incoming and outgoing telephone calls when dealing with homeowners and/or their agents in connection with home mortgage loans serviced by Saxon. I supervise the Customer Service Representatives in both making calls to homeowners and receiving calls from homeowners and/or their agents.

3. These Call Notes are then printed out to document the sum and substance of the conversations with homeowners and/or their agents.

4. Attached hereto as **Exhibit A** is a true and correct copy of the Call Notes for Loan Account Number 2000261548, n/o Richard and Isabel Caporale.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 20th day of July at Fort Worth, Texas.

*/s/ Christopher M. Trombley*
Christopher M. Trombley
Call Center Manager
Saxon Mortgage Services

HISTORY FOR ACCOUNT 2000261548                           PAGE    152
                                                          DATE 04/07/09

```
--------- MAIL ------------------- --------- PROPERTY ---------------

RICHARD CAPORALE
ISABEL CAPORALE
14943 CONWAY AVE                        14943 CONWAY AVE

SAN JOSE         CA 95124-0000 SAN JOSE              CA 95124-0000
```

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 082108 | FOR | 000000 | | systems have been closed, pleas | | |
| 082108 | FOR | 000000 | | File will remain on hold until both | | |
| 082108 | FOR | 000000 | T:08564 | a new BK close issue on your behalf. | | |
| 082108 | FSV | 000000 | T:00000 | INSP TP E RESULTS RCVD; ORD DT=08/12/08 | | |
| 082108 | FB | 040107 | | 9.50  11 PROP INSPECTION FEE | | |
| 082208 | NT | 000000 | T:17520 | CONTRACT CHANGED NO NOTES ENTERED | | |
| 082208 | NT | 000000 | T:17520 | CONTRACT CHANGED NO NOTES ENTERED | | |
| 082208 | NT | 000000 | T:17520 | Completed ARM audit. Removed balloon date 03/01/2037 as per note it is intrest only. changed | | |
| 082208 | NT | 000000 | T:17520 | contract number from 905036 to 918036, Changed Blended Rate Flag from 0 to 1. Changed Int Only from N to Y. Changed Interest Only Term from 0 to 60. Changed 1st Full Amtz Rate Change Date from 00/00/00 to 03/01/2012 No other changes needed. | | |
| 082208 | FB | 040107 | | 23.00  40 EXPENSE ADVANCES | | |
| 082308 | CBR | 040107 | T:00000 | CR BUR RPT STATUS=N;EXPIRE DT = 10/31/08 | | |
| 082508 | DM | 000000 | T:02570 | 14:52:00 CID 408-762-8943 VRFD LST 4 SS. SW LINDSAY, AUTHO. | | |
| 082508 | DM | 000000 | T:02570 | 14:52:00 ADV DID NT REC SS OFFER. SD WLL CLL TO HV HER OFFICE REFAX | | |
| 082508 | NT | 000000 | T:02570 | updated new trak & snt eml to attr to req thy postpone the sale date of 08/26 for 60 days due to a pending short sale. | | |
| 082508 | DM | 000000 | T:02570 | 17:58:00 CID 408-762-8943 VRFD LST 4 SS. SW LINDSAY, AUTHO. ADV DID REC FAX AND WLL ND REMAINING PORTION OF | | |
| 082508 | DM | 000000 | T:02570 | 17:58:00 FIN PKG SO WE CN HV ASSIGNED. SD WLL GET IN ASAP. | | |
| 082508 | NT | 000000 | T:02914 | - - -4083140748-- @ --6:39:00 PM ET | | |
| 082508 | DM | 000000 | T:18026 | 18:53:00 SPOKE TO: MRS/MS, ATTITUDE: COOPERATIVE | | |
| 082508 | DM | 000000 | T:18026 | 18:56:00 SPOKE TO: MRS/MS, ATTITUDE: COOPERATIVE C2 CALLED TO CHK ON S\S PKG AND ADV THAT NO NEW STATS AT THIS TIME . ALSO ADV THAT FCL SALE DATE POSTPONE FOR 60DAYS. | | |

ALL H0420283

```
--------- MAIL --------------------- ---------- PROPERTY ----------------

RICHARD CAPORALE
ISABEL CAPORALE
14943 CONWAY AVE                       14943 CONWAY AVE

SAN JOSE         CA 95124-0000 SAN JOSE              CA 95124-0000
-----------------------------------------------------------------------
POST   TRN  DUE    TRANSACTION    PRINCIPAL    INTEREST     ESCROW
DATE   CDE  DATE   AMOUNT         PAID         PAID         PAID
------ ---  ------ -------------- ------------ ------------ --------------
082708 FOR  000000                has updated the system for the
082708 FOR  000000                System, at-qual Event Update. - User
082708 FOR  000000                -8/26/2008 9:26:05 AM CT: IDS
082708 FOR  000000 T:08564        01/01/01 - 00:00 - 25161-
082708 FOR  000000                Cleared Set
082708 FOR  000000                on 8/26/2008. Reason: Final Title
082708 FOR  000000                12/6/2007 12:00:00 AM to completed
082708 FOR  000000                changed date completed from
082708 FOR  000000 T:08564        event: Final Title Clear. User
082708 FOR  000000 T:08564        By IDS  (DIS)
082708 FOR  000000                updated the system for the following
082708 FOR  000000                at-qual Event Update. - User has
082708 FOR  000000                -8/26/2008 3:53:53 PM CT: Minh Phan,
082708 FOR  000000 T:08564        01/01/01 - 00:00 - 59082-
082708 FOR  000000                Postponed, completed on 8/26/2008
082708 FOR  000000 T:08564        event: Confirmed Sale Has Been
082708 FOR  000000                following
082708 FOR  000000                User has updated the system for the
082708 FOR  000000                Hanning, Fidelity Event Update. -
082708 FOR  000000                -8/26/2008 7:39:10 AM CT: Ashley
082708 FOR  000000 T:08564        01/01/01 - 00:00 - 56332-
082708 FOR  000000                8/26/2008
082708 FOR  000000                Postponement Request, completed on
082708 FOR  000000 T:08564        event: Notify Attorney of
082708 FOR  000000                User has
082708 FOR  000000                updated for the following event:
082708 FOR  000000                Cotton, SAXONU Issue. - System
082708 FOR  000000                -8/25/2008 4:57:03 PM CT: Sharon
082708 FOR  000000 T:08564        01/01/01 - 00:00 - 23706-
082708 FOR  000000                date of 08/26 for
082708 FOR  000000                Comments: Please postpone the sale
082708 FOR  000000                Postponement Request. Issue
082708 FOR  000000                this loan.Issue Type: Sale
082708 FOR  000000 T:08564        created a Process-Level issue for
082708 FOR  000000                 Status: Active
082708 FOR  000000 T:08564        60 days due to a pending short sale.

ALL H0420283
```

Case: 09-05050, Doc# 47, Filed: 08/12/09, Entered: 08/13/09 16:42:27 Page 5 of 15

```
--------- MAIL -----------------------  ---------- PROPERTY -----------------

RICHARD CAPORALE
ISABEL CAPORALE
14943 CONWAY AVE                            14943 CONWAY AVE

SAN JOSE           CA 95124-0000 SAN JOSE                    CA 95124-0000
------------------------------------------------------------------------------
POST   TRN  DUE      TRANSACTION      PRINCIPAL      INTEREST        ESCROW
DATE   CDE  DATE     AMOUNT           PAID           PAID            PAID
------ ---  ------   ------------     ---------      ---------       --------
082808 FOR  000000   T:08564          TASK:0605-FCL-CHANGD FUPDT  10/27/08
082808 FOR  000000   T:08564          TASK:0606-FCL-CHANGD FUPDT  10/27/08
082808 FOR  000000   T:08564          TASK:0610-FCL-CHANGD FUPDT  10/27/08
082908 DMD  000000   T:00299          50:00:00
                                      08/29/08 18:01:16 VOICEMSG
083008 FOR  000000                    User has updated the system for the
083008 FOR  000000                    AutoProc, Fidelity Event Update. -
083008 FOR  000000                    -8/29/2008 5:27:12 PM CT: Fidelity
083008 FOR  000000   T:08565          01/01/01 - 00:00 - 7-
083008 FOR  000000                    Requested, completed on 8/25/2008
083008 FOR  000000   T:08565          following event: Assignment
090208 FOR  000000   T:17572          FORECLOSURE LA CHANGED FROM 3400421 TO 3400418
090208 NT   000000   T:04618          1630 CST Sw lynsy galvan at 408)762-8943 , states
                                      she has an offer to purchase this property but c1
                                      and c2 will not co operate in getting package to
                                      her for ss. Called c1 at 408-559-7743 to go over
                                      account and find out what is going on. Educated on
                                      tad of 113918.17, and educated on sale date of
090208 NT   000000   T:04618          10/27/08, states her daughter and son in law are
                                      handling her financials and they had a fight and
                                      now daughter is not returning calls. Educated i
                                      would try to call two time to daughter.
090208 DM   000000   T:04618          17:33:00 SPOKE TO: MRS/MS, ATTITUDE: COOPERATIVE
                                      08/29/08 18:01:16 VOICEMSG
                                      DFLT REASON 1 CHANGED TO: PAYMENT DISPUTE
090208 DMD  000000   T:00299          50:00:00
                                      09/02/08 17:26:55 NOANS
090308 NT   000000   T:18015          Fax rcvd on 08/27: purchase and listing agrmt.
                                      Spoke with broker (Mindy Sullivan). Broker stated
090508 DMD  000000   T:00299          50:00:00
                                      09/05/08 17:59:34 LMMACH
090808 DMD  000000   T:00299          50:00:00
                                      09/08/08 17:01:52 VOICEMSG
090808 E90  040107       -2207.27     PAYEE = 0043.00000         .00          -2207.27
090908 NT   000000   T:02914          - - - -4085597743-- @ --12:50:55 PM ET
090908 DM   000000   T:04960          13:11:00
                                      SPK TO THE HOME OWNER AND I ADV HER THT AT THIS
```

ALL H0420283

Case: 09-05050, Doc# 47, Filed: 08/12/09, Entered: 08/13/09 16:42:27 Page 6 of 15

```
----------- MAIL ---------------------- ---------- PROPERTY ----------------

       RICHARD CAPORALE
       ISABEL CAPORALE
       14943 CONWAY AVE                           14943 CONWAY AVE

       SAN JOSE              CA 95124-0000 SAN JOSE            CA 95124-0000
```

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 090908 | DM  | 000000 | T:04960 | 13:11:00 TIME I WILL NOT BE ABLE TO SET ARRG PER ASSIST LINE, AND I ADV HER THT THE SALE DTE IS 10 27 08 AND THE TTL DUE ON THE ACCT SHE SD HER ATTY DID NOT TELL HER ABOUT THE 1000 SHE COULD HAVE BEEN PAYING.... | | | |
| 090908 | CIT | 000000 | T:09815 | 013 ADV DELQ TAXES, PLEASE REANALYZE...DDM/LPS | | | |
| 090908 | CIT | 000000 | T:00316 | 013 loan will analyze by Sept 15th | | | |
| 090908 | CIT | 000000 | T:00316 | 013 DONE 09/09/08 BY TLR 00316 | | | |
| 090908 | CIT | 000000 | T:00316 | TSK TYP 602-ANALYSIS FOR AN | | | |
| 090908 | CIT | 000000 | T:09815 | 014 ADV DELQ TAXES, PLEASE REANALYZE...DDM/LPS | | | |
| 090908 | DMD | 000000 | T:00299 | 50:00:00 09/09/08 16:36:49 VOICEMSG | | | |
| 090908 | NT  | 000000 | T:06108 | 09/08/08 : ADVANCED $2207.27 ON 09/08/08 BY DDM. TAX TYPE 01 (COUNTY) | | | |
| 090908 | NT  | 000000 | T:06108 | 09/08/08 : ADDED DO-NOT-MAIL CODE 'A' | | | |
| 091008 | CIT | 000000 | T:02440 | 014 loan will be analyzed 9/15/08 | | | |
| 091008 | CIT | 000000 | T:02440 | 014 DONE 09/10/08 BY TLR 02440 | | | |
| 091008 | CIT | 000000 | T:02440 | TSK TYP 602-ANALYSIS FOR AN | | | |
| 091008 | DMD | 000000 | T:00299 | 50:00:00 09/10/08 17:19:01 LMMACH | | | |
| 091108 | DMD | 000000 | T:00299 | 50:00:00 09/11/08 17:51:59 LMMACH | | | |
| 091108 | NT  | 000000 | T:06108 | 09/10/08 : ADV.CHK# 80246798 ON 09/08/08 FOR $2207.27 TO SANTA CLARA COUNTY | | | |
| 091108 | FSV | 040107 | T:00000 | INSP TYPE E ORDERED;     REQ CD =AUTO DELQ | | | |
| 091208 | DMD | 000000 | T:00299 | 50:00:00 09/12/08 16:52:29 LMMACH | | | |
| 091508 | DMD | 000000 | T:00299 | 50:00:00 09/15/08 16:57:52 LMMACH | | | |
| 091608 | DMD | 000000 | T:00299 | 50:00:00 09/16/08 16:51:14 LMMACH | | | |
| 091708 | NT  | 000000 | T:18474 | SPO requested file closed to due missing docs not received lv | | | |
| 091708 | DM  | 000000 | T:08502 | 21:46:00 OUTBND TR LM ADV PLZ FAX MSSNG DOCS 8882401885 AND | | | |
| 091708 | DMD | 000000 | T:00299 | 50:00:00 09/17/08 17:16:40 LMMACH | | | |

ALL H0420283

Case: 09-05050, Doc# 47, Filed: 08/12/09, Entered: 08/13/09 16:42:27 Page 7 of 15

```
--------- MAIL --------------------- --------- PROPERTY ---------------

RICHARD CAPORALE
ISABEL CAPORALE
14943 CONWAY AVE                              14943 CONWAY AVE

SAN JOSE          CA 95124-0000  SAN JOSE                CA 95124-0000
------------------------------------------------------------------------
POST    TRN  DUE      TRANSACTION    PRINCIPAL       INTEREST        ESCROW
DATE    CDE  DATE     AMOUNT         PAID            PAID            PAID
------  ---  ------   -----------    ----------      ----------      ----------
101008  FOR  000000                  following
101008  FOR  000000                  User has updated the system for the
101008  FOR  000000                  Johnson, Fidelity Event Update. -
101008  FOR  000000                  -10/10/2008 9:23:03 AM CT: Susan
101008  FOR  000000   T:08564        01/01/01 - 00:00 - 27240-
101008  FOR  000000                  completed on 10/10/2008
101008  FOR  000000   T:08564        event: Bid Calculation Completed,
101008  FOR  000000                  BidCalculationCompleted
101008  FOR  000000                  completed the
101008  FOR  000000                  Johnson, Fidelity DDF. - User has
101008  FOR  000000                  -10/10/2008 9:22:51 AM CT: Susan
101008  FOR  000000   T:08565        01/01/01 - 00:00 - 27240-
101008  FOR  000000                  entries:   : NA  :
101008  FOR  000000   T:08565        data form with the following
101008  DMD  000000   T:00299        50:00:00
                                     10/10/08 17:49:03 LMMACH
101108  FSV  040107   T:00000        INSP TYPE E ORDERED;    REQ CD =AUTO DELQ
101308  DMD  000000   T:00299        50:00:00
                                     10/13/08 17:29:39 HU_OUT
101408  DMD  000000   T:00299        50:00:00
                                     10/14/08 17:33:25 LMMACH
101508  DM   000000   T:08804        17:41:00 SPOKE TO: MRS/MS, ATTITUDE: COOPERATIVE
                                     CID 4085597743 TT C2 WANTED FORECLOSURE SALE DATE
                                     ADVSD 10/27/08
101508  DMD  000000   T:00299        50:00:00
                                     10/15/08 17:40:11 HU_OUT
101608  DMD  000000   T:00299        50:00:00
                                     10/16/08 17:29:40 LMMACH
101708  DMD  000000   T:00299        50:00:00
                                     10/17/08 18:06:45 HU_OUT
101808  D28  000000                       BILLING STATEMENT FROM REPORT R628   STD FORM
102008  DMD  000000   T:00299        50:00:00
                                     10/20/08 18:12:10 VOICEMSG
102108  FOR  000000                  User has
102108  FOR  000000                  updated for the following event:
102108  FOR  000000                  Kiam, at-qual Issue. - System
102108  FOR  000000                  -10/20/2008 12:40:18 PM CT: Raizun

ALL H0420283
```

Case: 09-05050, Doc# 47, Filed: 08/12/09, Entered: 08/13/09 16:42:27 Page 8 of 15

```
--------- MAIL ---------------------  --------- PROPERTY ----------------

RICHARD CAPORALE
ISABEL CAPORALE
14943 CONWAY AVE                      14943 CONWAY AVE

SAN JOSE           CA 95124-0000 SAN JOSE              CA 95124-0000
```

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 102208 | FOR | 000000 | T:08564 | form with the following entries: : | | |
| 102208 | FOR | 000000 | | following | | |
| 102208 | FOR | 000000 | | has updated the system for the | | |
| 102208 | FOR | 000000 | | Exson, Fidelity Event Update. - User | | |
| 102208 | FOR | 000000 | | -10/21/2008 2:55:57 PM CT: James | | |
| 102208 | FOR | 000000 | T:08564 | 01/01/01 - 00:00 - 63975- | | |
| 102208 | FOR | 000000 | | completed on 10/21/2008 | | |
| 102208 | FOR | 000000 | T:08564 | event: Reconciled Value Requested, | | |
| 102208 | LMT | 000000 | T:02014 | LMT BPO/APPRAISAL REC ADDED | | |
| 102208 | DMD | 000000 | T:00299 | 50:00:00 | | |
| | | | | 10/22/08 16:56:23 LMMACH | | |
| 102308 | DMD | 000000 | T:00299 | 50:00:00 | | |
| | | | | 10/23/08 18:22:33 LMMACH | | |
| 102308 | FSV | 000000 | T:00000 | INSP TP E RESULTS RCVD; ORD DT=10/11/08 | | |
| 102308 | FB | 040107 | | 9.50  11 PROP INSPECTION FEE | | |
| 102308 | CBR | 040107 | T:00000 | CR BUR RPT STATUS=N;EXPIRE DT = 10/31/08 | | |
| 102408 | NT | 000000 | T:02914 | - - - -8316234055-- @ --3:01:31 PM ET | | |
| 102408 | DM | 000000 | T:10083 | 15:58:00 SPOKE TO: OTHER , ATTITUDE: COOPERATIVE | | |
| 102408 | NT | 000000 | T:10083 | cid 831-623-4055 a3p mindy sullivan w\ dreamer realty san joaquin,ca.831-623-4054 she sd the homeowners are not able to understand the frcls.she states this is fraud . she sd the h\o will not cooperate with s\s as for as providing the needed docs.she has a buyer . she sd the has been refin.about ten times advs her she would have | | |
| 102408 | NT | 000000 | T:18463 | cid 4085597743 acc#2000261548 tad 120705.04 rfd bankruptcy cl clling to state that prop is in | | |
| 102408 | NT | 000000 | T:18463 | bankruptcy put son joseph on phone informed that we only have a prior band on file gave name of attrny marck boisient and states informed to fax docs of bank in warm transfeed to bank dept they state no alert or docs showing chapter 7 informed of forclsure sales date on 10/27/08 | | |
| 102408 | DM | 000000 | T:18463 | 19:55:00 SPOKE TO: OTHER , ATTITUDE: COOPERATIVE NOTES IN GLOBAL | | |
| 102408 | DMD | 000000 | T:00299 | 50:00:00 | | |
| | | | | 10/24/08 16:31:21 HU_OUT | | |

ALL H0420283

Case: 09-05050, Doc# 47, Filed: 08/12/09, Entered: 08/13/09 16:42:27 Page 9 of 15

```
---------- MAIL -------------------- --------- PROPERTY ----------------

RICHARD CAPORALE
ISABEL CAPORALE
14943 CONWAY AVE                      14943 CONWAY AVE

SAN JOSE           CA 95124-0000 SAN JOSE              CA 95124-0000
```

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 102608 | NT | 000000 | T:02914 | - - - -4087628943-- @ --1:07:02 PM ET | | |
| 102708 | DM | 000000 | T:07957 | 12:29:00 SPOKE TO: MRS/MS, ATTITUDE: COOPERATIVE CID 4085597743, SD THEY FILED BKCY 7, SD WILL HAVE LAWYER CALL US, SD FILING BKCY ADV SELL DATE IS TODAY.. SD WILL CLL US BACK.. SD SHE IS STILL LIVING THERE | | |
| 102708 | DM | 000000 | T:17932 | 12:45:00 SPOKE TO: MRS/MS, ATTITUDE: COOPERATIVE CID  408-559-7743 TAD 120705.04 RFD NO MONEY C2 CALLED IN FOR SALE DATE RFEP ADVISED TODAY CUJST | | |
| 102708 | DM | 000000 | T:17932 | 12:45:00 SPOKE TO: MRS/MS, ATTITUDE: COOPERATIVE SAID TH SHE FILED CHAPTER 7 AND SHE HAD TO  NOV RFEP ADVISED TH ACC DOES NOT SHOW THAT  ONLY PRIOR BKPY THAT WAS DISSM ON 07/22/2008 REP TRAN OVER TO BANKRUP DEPARTMENT... | | |
| 102708 | CIT | 000000 | T:07898 | 015 std file Chapter 7 BKR, on 10/23/08, case #0754109. Cali. District (Northen). dts she doesn't know the division | | |
| 102708 | NT | 000000 | T:02914 | - - - -4087628943-- @ --12:50:51 PM ET | | |
| 102708 | DM | 000000 | T:07898 | 12:55:00 SPOKE TO: MRS/MS, ATTITUDE: COOPERATIVE 408-559-7743 C2 STD SHE FILED BKR CIT 50 GAVE VREBAL TO DEBORA CAPORALE GOT BKR INFO FROM HER,, | | |
| 102708 | DM | 000000 | T:07898 | 12:56:00 SPOKE TO: MRS/MS, ATTITUDE: COOPERATIVE CONT WAS GOING TO XFER THE CALL TO 255995 AND CUST HU/ OR CALL DISCONNECTED.. | | |
| 102708 | DM | 000000 | T:17718 | 13:00:00 CID 408-762-8943 3RD PARTY  LINDSEY GALVIN FROM | | |
| 102708 | DM | 000000 | T:17718 | 13:00:00 DRAMER REALITY CALLED TO VERFITY FCL DATE. INFOREMD IT WAS 10/27/08. 3RD PARTY SAID HOUSE WAS STILL UNDER CHAPTER 7 BANKRUPT. XFERRED TO COLLECTIONS | | |
| 102708 | DM | 000000 | T:08971 | 13:11:00 SPOKE TO: OTHER , ATTITUDE: ? CID 408-762-8943- LINDSEY GALVIN OF DRAMER REALITY CALLED TO MAKE SURE THE SALE DATE WAS OFF, DUE THE FACT HER CLIENT REFILE BNKRUPTCY TO CHG TO CHAPTER | | |

ALL H0420283

Case: 09-05050, Doc# 47, Filed: 08/12/09, Entered: 08/13/09 16:42:27 Page 10 of 15

```
-------- MAIL --------------------- ---------- PROPERTY ---------------

    RICHARD CAPORALE
    ISABEL CAPORALE
    14943 CONWAY AVE                    14943 CONWAY AVE

    SAN JOSE            CA 95124-0000 SAN JOSE            CA 95124-0000
```

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 102708 | DM  | 000000 | T:08971 | 13:11:00 SPOKE TO: OTHER , ATTITUDE: ? 7. ADV SALE DATE OFF . ADV WILL NEED NEW CASE NBR. DFLT REASON 4 CHANGED TO: BANKRUPTCY FILED | | |
| 102708 | BKR | 000000 | T:00000 | BANKRUPTCY FILED      (1500)  DE-ARCHIVED | | |
| 102708 | BKR | 000000 | T:00000 | FILING NOTIFICATION   (1501)  DE-ARCHIVED | | |
| 102708 | BKR | 000000 | T:00000 | ORDER PROOF OF CLAIM  (1502)  DE-ARCHIVED | | |
| 102708 | BKR | 000000 | T:00000 | FILE PROOF OF CLAIM   (1503)  DE-ARCHIVED | | |
| 102708 | BKR | 000000 | T:00000 | MEETING OF CREDITORS  (1601)  DE-ARCHIVED | | |
| 102708 | BKR | 000000 | T:00000 | PLAN CONFIRMED        (1605)  DE-ARCHIVED | | |
| 102708 | BKR | 000000 | T:00000 | DELINQUENT ON PLAN    (2100)  DE-ARCHIVED | | |
| 102708 | BKR | 000000 | T:00000 | REFERRED TO ATTY      (2400)  DE-ARCHIVED | | |
| 102708 | BKR | 000000 | T:00000 | MOTION FOR RELIEF     (2465)  DE-ARCHIVED | | |
| 102708 | BKR | 000000 | T:00000 | DELQ PRE-PETN PMT     (2631)  DE-ARCHIVED | | |
| 102708 | BKR | 000000 | T:00000 | DEBTORS PLAN FILED    (1504)  DE-ARCHIVED | | |
| 102708 | BKR | 000000 | T:00000 | DELQ POST-PETN PMT    (2632)  DE-ARCHIVED | | |
| 102708 | BKR | 000000 | T:00000 | OBJECTION DEADLINE    (1602)  DE-ARCHIVED | | |
| 102708 | BKR | 000000 | T:00000 | FILE CLOSED           (1530)  DE-ARCHIVED | | |
| 102708 | BKR | 000000 | T:00000 | DISMISS               (2640)  DE-ARCHIVED | | |
| 102708 | BKR | 000000 | T:18574 | DISMISS               (2640)  UNCOMPLETED | | |
| 102708 | BKR | 000000 | T:18574 | CONV CASE CLOSED      (1530)  COMPLETED 08/12/08 APPROVED FOR BKR 08/12/08 | | |
| 102708 | BKR | 000000 | T:18574 | CONV CASE OPENED      (1)     COMPLETED 08/12/08 | | |
| 102708 | BKR | 000000 | T:18574 | FILING NOTIFICATION   (2)     COMPLETED 10/27/08 | | |
| 102708 | NT  | 000000 | T:18574 | U.S. Bankruptcy Court Northern District of California (San Jose) Bankruptcy Petition #: 07-54109 Assigned to: Judge Arthur S. Weissbrodt | | |
| 102708 | NT  | 000000 | T:18574 | Chapter 7 Previous chapter 13 Voluntary No asset Date Filed: 12/10/2007 | | |
| 102708 | CIT | 000000 | T:18574 | 015 converted 0754109 to a chapter 7 in pm and ms on 10/27/08. | | |
| 102708 | CIT | 000000 | T:18574 | 015 DONE 10/27/08 BY TLR 18574 TSK TYP 050-F/C NOTIFIES BK | | |

ALL H0420283

```
--------- MAIL -------------------- --------- PROPERTY ----------------

RICHARD CAPORALE
ISABEL CAPORALE
14943 CONWAY AVE                        14943 CONWAY AVE

SAN JOSE              CA 95124-0000 SAN JOSE              CA 95124-0000
--------------------------------------------------------------------------
 POST  TRN  DUE      TRANSACTION    PRINCIPAL    INTEREST      ESCROW
 DATE  CDE  DATE     AMOUNT         PAID         PAID          PAID
 ----- ---  ------   -------------  -----------  ------------  ---------
 102708 NT  000000   T:02914        - - - -4087628943-- @ --5:19:39 PM ET
 102708 DM  000000   T:03415        17:36:00 SPOKE TO: OTHER , ATTITUDE: ?
                                    ASSIST TL 3415***SPK TO REP STTD THT C1 HM WAS
                                    SOLD FOR FRCLSR SALE TODY SPK TO SUPER IN BKR ADV.
                                    TO FAX TO HER THE FRCLSR PPWRK TO 7585. ADV. PER
                                    SYS AND ATTY EVERYTHING ON LN IS ON HOLD FOR LAST
                                    SEVERAL MONTHS. SD OK. ADV. TO HV C1 FAX IN PPWRK
                                    AND WILL HV LN NOTATED BY TOMO SD OK.
 102708 DM  000000   T:04117        17:39:00 SPOKE TO: OTHER , ATTITUDE: COOPERATIVE
                                    CONTD...TL ADV DUE TO BKR STATUS, FC SALE ON HOLD
 102708 DM  000000   T:04117        17:39:00 SPOKE TO: OTHER , ATTITUDE: COOPERATIVE
                                    ...SMSI DID NOT SALE PROPERTY TODAY IN FC SALE...
                                    TL ADV HAVE C1 FAX COPY OF CHPTR 7 DOCS TO FAX
                                    #817-665-7585 FOR FURTHER REVIEW
 102708 DMD 000000   T:00299        50:00:00
                                    10/27/08 17:32:18 HU_OUT
 102808 BKR 000000   T:08565        TASK:0005-BKR-CHANGD FUPDT  10/22/09
 102808 BKR 000000   T:08564        TASK:0004-BKR-CHANGD FUPDT  10/22/09
 102808 BKR 000000   T:08564        TASK:0101-BKR-CHANGD FUPDT  10/28/08
 102808 BKR 000000   T:02013        REFERRED TO ATTY      (2400) COMPLETED 10/28/08
 102908 BKR 000000   T:08565        TASK:2465-BKR-CHANGD FUPDT  11/05/08
 103008 FOR 000000                  ReconciledValueProvided data
 103008 FOR 000000                  completed the
 103008 FOR 000000                  Exson, Fidelity DDF. - User has
 103008 FOR 000000                  -10/23/2008 7:34:15 AM CT: James
 103008 FOR 000000   T:08565        01/01/01 - 00:00 - 63975-
 103008 FOR 000000                  $722K
 103008 FOR 000000   T:08565        form with the following entries:   :
 103008 FOR 000000                  following
 103008 FOR 000000                  has updated the system for the
 103008 FOR 000000                  Exson, Fidelity Event Update. - User
 103008 FOR 000000                  -10/23/2008 7:34:24 AM CT: James
 103008 FOR 000000   T:08564        01/01/01 - 00:00 - 63975-
 103008 FOR 000000                  completed on 10/23/2008
 103008 FOR 000000   T:08564        event: Reconciled Value Provided,
 103008 FOR 000000                  following
 103008 FOR 000000                  has updated the system for the

ALL H0420283
```

Case: 09-05050, Doc# 47, Filed: 08/12/09, Entered: 08/13/09 16:42:27 Page 12 of 15

```
--------- MAIL ----------------- --------- PROPERTY ---------------

RICHARD CAPORALE
ISABEL CAPORALE
14943 CONWAY AVE                      14943 CONWAY AVE

SAN JOSE              CA 95124-0000  SAN JOSE          CA 95124-0000
-----------------------------------------------------------------------
POST    TRN  DUE      TRANSACTION    PRINCIPAL     INTEREST     ESCROW
DATE    CDE  DATE     AMOUNT         PAID          PAID         PAID
------  ---  ------   ------------   ----------    --------     ------
110608  BKR  000000                  -11/5/2008 4:52:05 PM CT: Mia Marin,
110608  BKR  000000   T:08564        01/01/01 - 00:00 - 41548-
110608  BKR  000000                  Active, Approved.
110608  BKR  000000                  of Intentions Reviewed. Status:
110608  BKR  000000                  Other for the step Debtor Statement
110608  BKR  000000   T:08564        has approved the Reprojection Type
110708  BKR  000000   T:08564        TASK:0101-BKR-CHANGD FUPDT  11/12/08
110708  BKR  000000   T:08565        TASK:2465-BKR-CHANGD FUPDT  11/12/08
110708  CIT  000000   T:18648        016 Mailed Financial  Package Request"
110708  CIT  000000   T:18648        016 Mailed Financial  Package Request"
110708  CIT  000000   T:18648        016 DONE 11/07/08 BY TLR 18648
                                     TSK TYP 313-SEND FINANCIAL
110708  OL   040107   T:18648        WDOCSAX 302 LM Financial Pack - English    TXT 3.02
110708  DM   000000   T:18648        17:13:00 SPOKE TO: MRS/MS, ATTITUDE: COOPERATIVE
                                     11/07/2008-CID--408-559-7743-C2-TAD 121,738.47--C2
                                     STILL IN HOME AND IN GOOD COND.---SENT FIN
                                     PACK..FORCL SALE DATE 10/27/08--INF THAT LOAN MOD
                                     IS A LENTHY PROCESS.
110708  DM   000000   T:18648        17:13:00 SPOKE TO: MRS/MS, ATTITUDE: COOPERATIVE
                                     DFLT REASON 1 CHANGED TO: OTHER
110708  BKR  000000                  revision
110708  BKR  000000                  Francis,    We are in receipt of
110708  BKR  000000                  Dinwoodie,Francis; / Message: Hi
110708  BKR  000000                  -Intercom From: Anh-Chi Vu - To:
110708  BKR  000000   T:08564        01/01/01 - 00:00 - 70928-
110708  BKR  000000                  7
110708  BKR  000000                  Chapter 13 and converted to Chapter
110708  BKR  000000                  the case was filed 12/10/07 as
110708  BKR  000000                  correct."    Please be advised that
110708  BKR  000000   T:08564        needed: "bk filed 8/12/08.  Please
110708  BKR  000000                  Anh-Chi Vu
110708  BKR  000000                  review and advise.    Thank you,
110708  BKR  000000                  included in the Declaration.  Please
110708  BKR  000000   T:08564        on 8/12/08.  This language was
110708  BKR  000000                  revision
110708  BKR  000000                  Francis,    We are in receipt of

ALL H0420283
```

Case: 09-05050, Doc# 47, Filed: 08/12/09, Entered: 08/13/09 16:42:27 Page 13 of 15

```
HISTORY FOR ACCOUNT  2000261548                                        PAGE     179
                                                                       DATE 04/07/09

-------- MAIL ----------------------  --------  PROPERTY ----------------

RICHARD CAPORALE
ISABEL CAPORALE
14943 CONWAY AVE                                14943 CONWAY AVE

SAN JOSE           CA 95124-0000 SAN JOSE                  CA 95124-0000
-------------------------------------------------------------------------------
POST    TRN  DUE      TRANSACTION    PRINCIPAL       INTEREST        ESCROW
DATE    CDE  DATE     AMOUNT         PAID            PAID            PAID
------  ---  ------   -----------    ---------       --------        ------
111208  FOR  000000   T:08565        following event: Document Reviewed
111208  FOR  000000                  completed the  DocReview_Client data
111208  FOR  000000                  Dinwoodie, SAXONU DDF. - User has
111208  FOR  000000                  -11/12/2008 12:49:54 PM CT: Francis
111208  FOR  000000   T:08564        01/01/01 - 00:00 - 66366-
111208  FOR  000000                  Execution  :
111208  FOR  000000                  Document Accepted and Prepared for
111208  FOR  000000   T:08564        form with the following entries:   :
111208  E90  040107       -935.40    PAYEE = 0043.00000        .00       -935.40
111408  BKR  000000                  User has updated the system for the
111408  BKR  000000                  Hindman, Fidelity Event Update. -
111408  BKR  000000                  -11/14/2008 10:56:45 AM CT: Margaret
111408  BKR  000000   T:08564        01/01/01 - 00:00 - 49731-
111408  BKR  000000                  11/14/2008
111408  BKR  000000                  Intentions Reviewed, completed on
111408  BKR  000000   T:08564        following event: Debtor Statement of
111408  BKR  000000                  Margaret.
111408  BKR  000000                  Process opened 11/14/2008 by user
111408  BKR  000000                  Hindman, Fidelity New Process. -
111408  BKR  000000                  -11/14/2008 10:56:26 AM CT: Margaret
111408  BKR  000000   T:08564        01/01/01 - 00:00 - 49731-
111408  BKR  000000   T:08564        Hindman.
111408  BKR  000000                  completed the  BK_Intent_Rev data
111408  BKR  000000                  Hindman, Fidelity DDF. - User has
111408  BKR  000000                  -11/14/2008 10:56:26 AM CT: Margaret
111408  BKR  000000   T:08565        01/01/01 - 00:00 - 49731-
111408  BKR  000000                  Nothing Stated  :
111408  BKR  000000   T:08565        form with the following entries:   :
111408  BKR  000000   T:08565        MEETING OF CREDITORS (101)  COMPLETED 11/14/08
111408  DM   000000   T:10024        20:25:00 SPOKE TO: MRS/MS, ATTITUDE: COOPERATIVE
                                     CID 4085597743 C2 CI REF TO LTR THAT SHE REQ LOAN
                                     MOD WNTD TO KNOW IF REC'D IF HOME WOULD NOT GO UP
                                     11/24/08 ADV THAT SHE NEEDS TO SEND F/P BACK
                                     BEFORE WE CAN MOD LOAN ADV TO CALL BACK MONDAY TO
                                     SPEAK TO LOSS MIT 8-5CST ADV DIRECT# TO LOSS MIT
111408  FSV  000000   T:00000        INSP TP E RESULTS RCVD;    ORD DT=11/10/08

ALL H0420283
```

Case: 09-05050, Doc# 47, Filed: 08/12/09, Entered: 08/13/09 16:42:27 Page 14 of 15

```
 -------- MAIL -------------------- --------- PROPERTY ----------------
   RICHARD CAPORALE
   ISABEL CAPORALE
   14943 CONWAY AVE                        14943 CONWAY AVE

   SAN JOSE           CA 95124-0000 SAN JOSE            CA 95124-0000
-------------------------------------------------------------------------
 POST   TRN  DUE    TRANSACTION     PRINCIPAL       INTEREST       ESCROW
 DATE   CDE  DATE   AMOUNT          PAID            PAID           PAID
 ------ ---  ------ --------------- --------------- -------------- --------------
 111408 FB   040107                 9.50  11 PROP INSPECTION FEE
 111708 DM   000000 T:09564         10:12:00
                                    updated financial on 11/17/08
 111708 DM   000000 T:09564         10:13:00 SPOKE TO: MRS/MS, ATTITUDE: COOPERATIVE
                                    CID 408-559-7743....VAIG 11/17/08....ISABLE
                                    CAPORALE STD SHE RECEIVED INFO MOD.  SHE WANTED TO
                                    KNOW IF HER HOME WAS FOR SALE.  ADVS NO SALE DATE
                                    IS SHOWING.  RFD ARM
 111708 FOR  000000                 User has updated the system for the
 111708 FOR  000000                 Dinwoodie, SAXONU Event Update. -
 111708 FOR  000000                 -11/17/2008 3:17:28 PM CT: Francis
 111708 FOR  000000 T:08564         01/01/01 - 00:00 - 66366-
 111708 FOR  000000                 Sent to LPS, completed on 11/17/2008
 111708 FOR  000000 T:08564         following event: Executed Document
 111808 D28  000000                        BILLING STATEMENT FROM REPORT R628   STD FORM
 111908 FOR  000000                 has updated the system for the
 111908 FOR  000000                 Biswa, Fidelity Event Update. - User
 111908 FOR  000000                 -11/19/2008 8:31:35 AM CT: Rupannita
 111908 FOR  000000 T:08565         01/01/01 - 00:00 - 59885-
 111908 FOR  000000                 11/19/2008
 111908 FOR  000000                 Sent to Attorney, completed on
 111908 FOR  000000 T:08565         following event: Executed Document
 112108 BKR  000000                 event:
 112108 BKR  000000                 System updated for the following
 112108 BKR  000000                 AutoProc, Fidelity Reprojection. -
 112108 BKR  000000                 -11/20/2008 6:42:16 PM CT: Fidelity
 112108 BKR  000000 T:08565         01/01/01 - 00:00 - 7-
 112108 BKR  000000                 Ended    . Status: Active, approval
 112108 BKR  000000                 Reason: Hold Ended. Comments: Hold
 112108 BKR  000000                 for Relief Filed Date to 11/20/2008.
 112108 BKR  000000 T:08565         User has reprojected the step Motion
 112108 BKR  000000 T:08565         not required.
 112108 BKR  000000                 System
 112108 BKR  000000                 Subject: Hold Request/Message:
 112108 BKR  000000                 - To: Jason Downing (Fidelity) /
 112108 BKR  000000                 -Intercom From: Anh-Chi Vu, at-malc

ALL H0420283
```

Case: 09-05050  Doc# 47  Filed: 08/12/09  Entered: 08/13/09 16:42:27  Page 15 of 15