Marc Voisenat (CSB# 170935)
1330 Broadway, Suite 1035
Oakland, Ca. 94612
Tel: (510) 272-9710
Fax: (510) 272-9158

Attorney for Debtors
Richard Souza Caporale
Isabel Ann Caporale

United States Bankruptcy Court

Northern District of California

| | |
|---|---|
| In re: | Case No.: 07-54109 |
| RICHARD SOUZA CAPORALE<br>ISABEL ANN CAPORALE | Adv. No 09-05050 |
| Debtors. | |
| RICHARD CAPORALE AND ISABEL CAPORALE<br>Plaintiffs,<br>vs.<br>SAXON MORTGAGE SERVICES INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY, MSAC 2007-NC3 AND DOES 1-10<br>Defendants. | **DECLARATION OF MARC VOISENAT IN SUPPORT OF RESPONSE TO OPPOSITION TO APPLICATION FOR RESTRAINING ORDER**<br><br>Date: August 31, 2009<br>Time: 2:15 p.m.<br>Room: 3020 |

I, MARC VOISENAT, declare as follows:

1. I am an attorney admitted to practice before this Court. The following matters are within

- 1 -

my personal knowledge, and if called as a witness, I could and would competently testify thereto.

2. On or about August 17, 2009, I examined the docket of In Re New Century TRS Holding, Inc, case number 07-10416. New Century Mortgage Corporation is included as one of the debtors. This has been categorized as a mega case with over 10,000 docket entries.

3. In my review of the docket, I did not see any motion or orders allowing the debtor to transfers any real estate loans to MERS, Duetsche Bank, Saxon Mortgage or Morgan Stanley.

4. Attached as Exhibit A is the opinion issued by the Honorable Kevin J.Carey regarding the operation of New Century Mortgage Corporation, the original holder of the underlying promissory note which is the subject of this dispute.

5. On August 17, 2009, I asked David Hunter for any order authorizing the transfer from New Century Mortgage Corporation to defendants. To date, I have not received a complete order.

6. At no time during my representation of the plaintiffs, have I ever spoken to the defendants except through their respective attorneys of record.

7. Attached hereto as Exhibit B is the Notice of Rescission I received for defendant's counsel.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Dated: August 22, 2009

/s/ Marc Voisenat
Marc Voisenat, Attorney for Plaintiffs