RECORDING REQUESTED BY:
Saxon Mortgage Services, Inc.
4708 Mercantile Drive North
Ft. Worth, TX 76137

WHEN RECORDED MAIL TO:
Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

THIS IS TO CERTIFY THAT THIS IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL RECORDED IN THE OFFICE OF THE COUNTY

RECORDING FEE: $15.00
RECORDED ON: July 15, 2009
AS DOCUMENT NO: 20338410
BY: s/ Leticia Perez
LSI TITLE COMPANY (CA)

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Loan #: 2000261548   G722904
TS #: CA-07-96339-CH

# NOTICE OF RESCISSION OF TRUSTEE'S DEED UPON SALE

This Notice of Rescission is made this day **7/10/2009** with respect to the following:

1.) **THAT QUALITY LOAN SERVICE CORPORATION** is the duly appointed Trustee under that certain Deed of Trust dated **2/23/2007** and recorded **3/2/2007** as instrument number **19325418** in book **XXX** page **XXX** wherein **RICHARD CAPORALE AND ISABEL CAPORALE, HUSBAND AND WIFE, AS JOINT TENANTS** are named as Trustors, **ALLIANCE TITLE** is named as trustee, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS NOMINEE FOR NEW CENTURY MORTGAGE CORPORATION**, is named as beneficiary;

2.) THAT Deutsche Bank National Trust Company, as Trustee for Morgan Stanley, MSAC 2007-NC3 is the beneficiary of record under that Deed of Trust by virtue of an Assignment of Beneficial Interest recorded 8/26/2008 as instrument number 19965523.

3.) THAT THE DEED OF TRUST encumbers real property located in the County of **SANTA CLARA**, State of **CA**, described as follows:

LOT 81, BLOCK 18, AS DELINEATED UPON THAT CERTAIN MAP ENTITLED "TRACT NO. 845 CAMBRIAN PARK UNIT NO. 6", FILED FOR RECORD IN THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA, AS PER MAP RECORDED ON JULY 23, 1951 IN BOOK 34 PAGE(S) 10-11 OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SANTA CLARA COUNTY. APN: 419-30-067

4.) THAT BY VIRTUE OF a default under the terms of the Deed of Trust, the beneficiary did declare a default, as set forth in a Notice of Default recorded **8/20/2007** as instrument number **19556824** in book , page in the office of the Recorder of **SANTA CLARA** County, State of **CA**;

5.) THAT THE TRUSTEE has been informed by the Beneficiary that the beneficiary desires to rescind the Trustee's Deed recorded upon the foreclosure sale which was conducted in error due to a failure to communicate timely, notice of conditions which would have warranted a cancellation of the foreclosure which did occur on ;

6.) THAT THE EXPRESS PURPOSE of this Notice of Rescission is to return the priority and existence of all title and lien holders to the status quo-ante as existed prior to the trustee's sale;

NOW THEREFORE, THE UNDERSIGNED HEREBY RESCINDS THE TRUSTEE'S SALE AND PURPORTED TRUSTEE'S DEED UPON SALE AND HEREBY ADVISES ALL PERSONS THAT THE TRUSTEE'S DEED UPON SALE DATED 6/3/2009 AND RECORDED **6/5/2009** AS INSTRUMENT NUMBER 20281941 IN THE COUNTY OF SANTA CLARA, STATE OF CA, FROM QUALITY LOAN

SERVICE CORPORATION (TRUSTEE) TO **Deutsche Bank National Trust Company, as Trustee for Morgan Stanley, MSAC 2007-NC3** (GRANTEE) IS HEREBY RESCINDED, AND IS AND SHALL BE OF NO FORCE AND EFFECT WHATSOEVER. THE DEED OF TRUST DATED **2/23/2007**, RECORDED **3/2/2007** AS INSTRUMENT NUMBER **19325418** IN BOOK **XXX**, PAGE **XXX**, IS IN FULL FORCE AND EFFECT.

Dated: 7/10/2009

QUALITY LOAN SERVICE CORPORATION

By: Bradley McNair, Assistant Vice President

State of California )
) ss.
County of San Diego )

On **7/10/09** before me, **Michelle Nguyen** a notary public, personally appeared Bradley McNair, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.        (Seal)

Michelle Nguyen

MICHELLE NGUYEN
COMM. #1665032
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
Comm. Exp. MAY 8, 2010