1  Desmond J. Hinds, Esq. (SBN: 105831)
        dhinds@hinshawlaw.com
2  David C. Hunter, Esq. (SBN: 208155)
        dhunter@hinshawlaw.com
3  HINSHAW & CULBERTSON LLP
   11601 Wilshire Blvd., Suite 800
4  Los Angeles, CA 90025
   Telephone:    310-909-8000
5  Facsimile:    310-909-8001

6  **Attorneys for Defendants**
   **SAXON MORTGAGE SERVICES INC.;**
7  **DEUTSCHE BANK NATIONAL TRUST**
   **COMPANY AS TRUSTEE FOR**
8  **MORGAN STANLEY, MSAC 2007-NC3**

FILED

OCT 1 2009 pm

CLERK
United States Bankruptcy Court
San Jose, California

9              **UNITED STATES BANKRUPTCY COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                    **SAN JOSE DIVISION**

12  | | |
13  In Re | **Adversary Case No. 09-05050**
14  RICHARD SOUZA CAPORALE | (Related Chapter 7 Case No. 07-54109)
    and ISABEL SOUZA CAPORALE,
15  Debtors. | Assigned to Judge Arthur S. Weissbrodt
16  ─────────────────────────
17  RICHARD SOUZA CAPORALE | **DECLARATION OF MELISSA JOHNSON**
    and ISABEL SOUZA CAPORALE, | **IN SUPPORT OF REPLY BRIEF RE**
18  Plaintiffs, | **SUPPLEMENTAL BRIEF SUBMITTED BY**
                | **DEFENDANTS IN OPPOSITION TO**
19  vs. | **APPLICATION FOR RESTRAINING**
        | **ORDER**
20  SAXON MORTGAGE SERVICES
21  INC., DEUTSCHE BANK | Date:      October 9, 2009
    NATIONAL TRUST COMPANY AS | Time:      2:15 p.m.
22  TRUSTEE FOR MORGAN | Courtroom:  3020
    STANLEY, MSAC 2007-NC3;
23  AND DOES 1-10,
24  Defendants.
25
26
27
28

                               1
                                                    31150272v1 68313

# PROOF OF SERVICE

*CAPORALE v. SAXON*

## USBC (San Jose) Case No. 07-54109 (Adv. Case No. 90-5050)

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 11601 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

On October 1, 2009, I served the document entitled **DECLARATION OF MARY TREVINO IN SUPPORT OF REPLY BRIEF RE SUPPLEMENTAL BRIEF SUBMITTED BY DEFENDANTS IN OPPOSITION TO APPLICATION FOR RESTRAINING ORDER** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

> **Marc Voisenat**
> **LAW OFFICE OF MARC VOISENAT**
> **1330 Broadway, Suite 1035**
> **Oakland, CA 94612**
> **Tel: (510) 272-9710**
> **Fax: (510) 272-9158**

☐ **(BY MAIL):** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(BY FACSIMILE TRANSMISSION):** I caused a true copy thereof from sending facsimile machine telephone number 310-909-8001 to be sent via facsimile to the above listed names and facsimile numbers and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

☒ **(VIA OVERNIGHT MAIL):** I deposited such envelope to be placed for collection and handling via UPS following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked by UPS at Los Angeles, California.

☐ **(BY ELECTRONIC MAIL)** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

I declare under penalty of perjury under the laws of the United States that the above true and correct and was executed on October 1, 2009, at Los Angeles, California.

*Robin Mojica*

ROBIN MOJICA

3

Case: 09-05050   Doc# 59   Filed: 10/04/09   Entered: 10/04/09 13:47:29   Page 2 of 2

3J150272v1 898356 68313