Marc Voisenat (CSB# 170935)
1330 Broadway, Suite 1035
Oakland, Ca. 94612
Tel: (510) 272-9710
Fax: (510) 272-9158

Attorney for Debtors
Richard Souza Caporale
Isabel Ann Caporale

United States Bankruptcy Court

Northern District of California

| | |
|---|---|
| In re: | Case No.: 07-54109 |
| RICHARD SOUZA CAPORALE<br>ISABEL ANN CAPORALE | Adv. No 09-05050 |
| Debtors. | |
| RICHARD CAPORALE AND ISABEL CAPORALE<br>　　　　Plaintiffs,<br>　　vs.<br>SAXON MORTGAGE SERVICES INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY, MSAC 2007-NC3 AND DOES 1-10<br>　　　　Defendants. | **RESPONSE TO DEFENDANT'S BRIEF RE: DOCUMENTATION FOR THE TRANSFER OF THE SUBJECT PROMISSORY NOTE AND DEED OF TRUST**<br><br>Date: November 23, 2009<br>Time: 2:15 p.m.<br>Room: 3020 |

- 1

1  On October 9, 2009, the Court set a deadline of November 2, 2009 for defendant's to file

2  documentation supporting defendant's position that they have the right to enforce the underlying

3  deed of trust.  Plaintiff was ordered to file a response by November 9, 2009.

4  On November 9, 2009, plaintiffs received the documentation that was due on November

5  2, 2009.  The pleadings are almost 200 pages and it is impossible for plaintiff's counsel to review

6  and respond to the defendant's pleadings by the end of the day.

7  Therefore, plaintiff's counsel requests that the November 23, 2009 hearing date be

8  continued.

9  Dated:  November 9, 2009

                                                /s/ Marc Voisenat
                                                  Marc Voisenat, Attorney for Plaintiffs

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action; my business address is 1330 Broadway, Suite 1035, Oakland, California 94612

On November 9, 2009, I served the foregoing document described as: **RESPONSE TO OPPOSITION TO APPLICATION FOR RESTRAINING ORDER** on the interested parties via facsimile and by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland addressed as follows:

Desmond J. Hinds, Esq.
11601 Wilshire Blvd., Suite 800
Los Angeles, Ca. 90025

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on November 9, 2009 at Oakland, California.

/s/ Marc Voisenat
Marc Voisenat, Attorney for Plaintiffs

- 3 -