Desmond J. Hinds, Esq. (SBN: 105831)
dhinds@hinshawlaw.com
Gary E. Devlin, Esq. (SBN: 210517)
gdevlin@hinsahwlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: 310-909-8000
Facsimile: 310-909-8001

**Attorneys for Defendants**
**SAXON MORTGAGE SERVICES INC.;**
**DUETSCHE BANK NATIONAL TRUST**
**COMPANY AS TRUSTEE FOR**
**MORGAN STANLEY, MSAC 2007-NC3**

ORIGINAL

FILED
NOV 19 2009
CLERK
United States Bankruptcy Court
San Jose, California

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>RICHARD SOUZA CAPORALE and ISABEL SOUZA CAPORALE,<br><br>Debtors. | **Adv. Case No. 09-05050**<br>[Hon. Arthur S. Weissbrodt; Courtroom "3020"]<br><br>(Related Chapter 7 Case No. 07-54109) |
| RICHARD SOUZA CAPORALE and ISABEL SOUZA CAPORALE,<br><br>Plaintiffs,<br><br>vs.<br><br>SAXON MORTGAGE SERVICES INC., DUETSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY, MSAC 2007-NC3; AND DOES 1-10,<br><br>Defendants. | **SUPPLEMENTAL BRIEF OF DEFENDANTS RE: DOCUMENTATION FOR THE TRANSFER OF THE SUBJECT PROMISSORY NOTE AND DEED OF TRUST TO DEFENDANTS; DECLARATION OF JOHN HATZOGLOU**<br><br>DATE: November 23, 2009<br>TIME: 2:15 P.M.<br>CRTRM: "3020" |

**SUPPLEMENTAL BRIEF OF DEFENDANTS RE: DOCUMENTATION FOR THE TRANSFER OF THE SUBJECT PROMISSORY NOTE AND DEED OF TRUST**

Case: 09-05050    Doc# 65    Filed: 11/19/09    Entered: 11/20/09 13:53:38    Page 1 of 3

31154086v1 898356 68313

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

## I. PRELIMINARY STATEMENT.

Defendants SAXON MORTGAGE SERVICES INC. and DUETSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY, MSAC 2007-NC3 (hereinafter "Defendants"), hereby submit Defendants' Supplemental Brief concerning the documentation for the Promissory Note and Deed of Trust secured by the Debtors' residence located at 14943 Conway Avenue, San Jose, California (the "subject property"), as requested by the Court at the hearing on October 9, 2009 before the Honorable Arthur S. Weissbrodt.

## II. REASON FOR DEFENDANTS' SUPPLEMENTAL BRIEF.

On November 9, 2009 Defendants filed their Brief Re: Documentation for the Transfer of the Subject Promissory Note and Deed of Trust to Defendants with the Declaration of Matthew W. Gray and exhibits in support thereof. Defendants' Brief identified the four (4) links in the chain for the transfer of the subject Promissory Note and Deed of Trust (collectively hereinafter the "Subject Mortgage Loan") from the lender/originator, New Century Mortgage, to Defendant Morgan Stanley ABS Capital I Trust 2007-NC3, for which Defendant Deutsch Bank National Trust Company was Trustee and Defendant Saxon Mortgage Services, Inc. the loan servicer. The transfers were identified as follows:

1. <u>New Century Mortgage to Natixis Real Estate Capital Inc., a New York corporation ("Natixis").</u>

2. <u>Natixis to Morgan Stanley Mortgage Capital, Inc.</u>

3. <u>Morgan Stanley Mortgage Capital, Inc. to Morgan Stanley ABS Capital I Inc..</u>

1

SUPPLEMENTAL BRIEF OF DEFENDANTS RE: DOCUMENTATION FOR THE TRANSFER OF THE SUBJECT PROMISSORY NOTE AND DEED OF TRUST

## III. CONCLUSION.

Defendants submit that the documentation which has now been provided to counsel for the Plaintiffs and the court establish that Defendants have standing to foreclose on the Subject Mortgage Loan.

Dated: November 18, 2009

HINSHAW & CULBERTSON LLP

By: /s/ Desmond J. Hinds
Desmond J. Hinds
Gary E. Devlin
Attorneys for Defendants
**SAXON MORTGAGE SERVICES INC.; DUETSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY, MSAC 2007-NC3**