1  Desmond J. Hinds, Esq. (SBN: 105831)
       dhinds@hinshawlaw.com
2  Gary E. Devlin, Esq. (SBN: 210517)
       gdevlin@hinsahwlaw.com
3  HINSHAW & CULBERTSON LLP
   11601 Wilshire Blvd., Suite 800
4  Los Angeles, CA 90025
   Telephone:  310-909-8000
5  Facsimile:   310-909-8001

6  **Attorneys for Defendants**
   **SAXON MORTGAGE SERVICES INC.;**
7  **DUETSCHE BANK NATIONAL TRUST**
   **COMPANY AS TRUSTEE FOR**
8  **MORGAN STANLEY, MSAC 2007-NC3**

9          **UNITED STATES BANKRUPTCY COURT**

10          **NORTHERN DISTRICT OF CALIFORNIA**

11                  **SAN JOSE DIVISION**

| 12 | In Re | **Adv. Case No. 09-05050** |
|----|-------|------------|
| 13 | RICHARD SOUZA CAPORALE and ISABEL SOUZA CAPORALE, | [Hon. Arthur S. Weissbrodt; Courtroom "3020"] |
| 14 | Debtors. | (Related Chapter 7 Case No. 07-54109) |
| 15 | | |
| 16 | RICHARD SOUZA CAPORALE and ISABEL SOUZA CAPORALE, | **DECLARATION OF JOHN HATZOGLOU IN SUPPORT OF DEFENDANTS' BRIEF RE** |
| 17 | Plaintiffs, | **DOCUMENTATION FOR THE** |
| 18 | vs. | **TRANSFER OF THE SUBJECT PROMISSORY NOTE AND DEED OF** |
| 19 | | **TRUST** |
| 20 | SAXON MORTGAGE SERVICES INC., DUETSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE | DATE: November 23, 2009 |
| 21 | FOR MORGAN    STANLEY, MSAC 2007-NC3;  AND DOES 1-10, | TIME: 2:15 P.M. CRTRM: "3020" |
| 22 | Defendants. | |

23

24

25

26

27

28

                DECLARATION IN SUPPORT OF DEFENDANTS' BRIEF

I, John Hatzoglou, declare as follows:

1.     I am an individual residing in New York, New York.  I am a vice president of Natixis North America Inc.  I have served as a vice president at Natixis North America Inc. since 2005.

2.     I submit this declaration in support of the Brief of Defendants Saxon Mortgage Services, Inc. and Deutsche Bank National Trust Company as Trustee for Morgan Stanley, MSAC 2007-NC3 regarding documentation for the transfer of a mortgage loan issued to Richard and Isabel Caporale in the amount of $930,000 which, according to my records, relates to the residential property located at 14943 Conway Ave., San Jose, California (the "Subject Loan").  I have personal knowledge of the facts set forth below and, if called and sworn as a witness, I could and would competently testify thereto.

3.     On or about November 10, 2006, Natixis Real Estate Capital Inc. entered into a certain Fifth Amended and Restated Master Repurchase Agreement, dated as of November 10, 2006 (as amended, restated, supplemented or otherwise modified and in effect from time to time, the "Repurchase Agreement"), by and among NC Capital Corporation ("NC Capital"), New Century Mortgage Corporation ("New Century"), NC Asset Holding, L.P. ("NC Asset Holding"), Home123 Corporation ("Home123"), New Century Credit Corporation ("NC Credit", together with NC Capital, New Century, Home123 and NC Asset Holding, collectively, the "Sellers", each, a "Seller") and Natixis Real Estate Capital Inc. f/k/a IXIS Real Estate Capital Inc. (the "Buyer" or "Natixis") and consented and agreed to by New Century Financial Corporation (the "Guarantor").  Attached hereto as Exhibit A is a true and correct copy of the Repurchase Agreement.

4.     Pursuant to the Repurchase Agreement, Natixis purchased a portfolio of approximately 3,523 residential mortgage loans, originated by Sellers and/or their affiliates, having an aggregate unpaid principal balance of approximately $799 million (the "Transferred Loans"), including the Subject Loan.

5.     On or about March 8, 2007, Natixis issued to Sellers a Notice of Default and Reservation of Rights (the "Notice of Default") based on the occurrence of certain Events of Default under the Repurchase Agreement, and thereafter exercised certain of its rights and

remedies under the Repurchase Agreement. Attached hereto as Exhibit B is a true and correct copy of the Notice of Default.

6.     On or about March 27, 2007, Natixis issued a Notice of Disposition of Mortgage Loans, notifying the Sellers and the Guarantor of the public disposition of the Transferred Loans (the "Notice of Disposition"). Attached hereto as Exhibit C is a true and correct copy of the Notice of Disposition.

7.     Pursuant to the Notice of Disposition, Natixis conducted a public auction of the Transferred Loans on or about April 11, 2007 (the "Auction"). The Auction was conducted by William Mannion of JP&R Advertising Agency, Inc., a licensed auctioneer.

8.     As a result of the Auction, on or about April 20, 2007, Natixis sold and Morgan Stanley Mortgage Capital Inc. purchased certain Transferred Loans, including the Subject Loan.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed this 16th day of November, 2009 in New York, New York.

John Hatzoglou