*State of New York* } ss:
*Department of State* }

*I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.*

*Witness my hand and seal of the Department of State on*

**March 16, 2007**



*Special Deputy Secretary of State*

DOS-1266 (Rev. 11/05)

**CT-07**

0703160000766

# CERTIFICATE OF AMENDMENT
## OF THE CERTIFICATE OF INCORPORATION
### OF
### IXIS Real Estate Capital Inc.
### UNDER SECTION 805 OF THE BUSINESS CORPORATION LAW
* * * * *

1. The name of the corporation is IXIS Real Estate Capital Inc.

2. The certificate of incorporation of said corporation was filed by the Department of State on the MAY 14, 1993. The name under which the corporation was formed is CDC Servicing Inc.

3.     (a)    The certificate of incorporation is amended to changing its name to Natixis Real Estate Capital Inc.

       (b)    To effect the foregoing, Article First is amended to read as follows:
         1.    The name of the corporation is to Natixis Real Estate Capital Inc.

4. The amendment(s) was/were authorized by:

"The vote of the board of directors followed by the unanimous written consent of the holders of all outstanding shares."

_____
(Name and Title of Signer)

DAVID L. ASKREN
CORPORATE SECRETARY
DATE: 2-14-07

/

Case: 09-05050   Doc# 75-2   Filed: 06/08/10   Entered: 06/08/10 14:45:43   Page 2 of 3

CT-07 CT-07

070316000766

**CERTIFICATE OF AMENDMENT**

**OF THE CERTIFICATION OF INCORPORATION**

**OF**

**IXIS REAL ESTATE CAPITAL INC.**

(Under Section 805 OF THE Business Corporation Law)

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED MAR 16 2007
TAX $
BY: JTG

DRAWDOWN

Filed by:

**IXIS CAPITAL MARKETS NORTH AMERICA INC.**
**9 WEST 57TH STREET – 35TH FLOOR**
**NEW YORK, NEW YORK 10019**

Cust. Ref. # 6853251 AS

FILED 2007 MAR 16 PM 1:34
RECEIVED 2007 MAR 16 PM 12:56
Case: 09-05050   Doc# 75-2   Filed: 06/08/10   Entered: 06/08/10 14:45:43   Page 3 of 3