

March 15, 2007

To our clients, counterparties and friends:

I am pleased to reiterate our commitment to you to deliver superior client service and innovative financing, investment and risk management solutions, as IXIS North America and its subsidiaries change their names today from IXIS to Natixis. Our companies remain subsidiaries of IXIS Corporate & Investment Bank ("IXIS CIB"), itself a direct subsidiary of Natixis, the newly-formed investment banking arm of leading French banking groups Caisse d'Epargne and Banque Populaire.

Our new parent Natixis is the 15th largest banking group[i] in the Euro zone, with leadership positions in France and elsewhere. Natixis has offices in 68 countries and assists clients through its five core business lines: financing and investment banking, asset management, private equity and private banking, receivables management and financial services. Listed on the Paris Stock Exchange, Natixis has total assets of €458.6 billion[ii], net income of €2.2 billion[ii] and more than 21,000 employees[ii].

Reflective of our new ownership structure, our company names were changed today as follows:

| | | |
|---|---|---|
| IXIS North America Inc. | → | Natixis North America Inc. |
| IXIS Capital Markets North America Inc. | → | Natixis Capital Markets Inc. |
| IXIS Capital Arranger Inc. | → | Natixis Capital Arranger Inc. |
| IXIS Commercial Paper Corp. | → | Natixis Commercial Paper Corp. |
| IXIS Derivatives Inc. | → | Natixis Derivatives Inc. |
| IXIS Financial Products Inc. | → | Natixis Financial Products Inc. |
| IXIS Funding Corp. | → | Natixis Funding Corp. |
| IXIS Real Estate Capital Inc. | → | Natixis Real Estate Capital Inc. |
| IXIS Municipal Products Inc. | → | Natixis Municipal Products Inc. |
| IXIS Securities North America Inc. | → | Natixis Securities North America Inc. |
| IXIS Securitization Corp. | → | Natixis Securitization Corp. |

Our name changes will not affect the terms, conditions or provisions of any agreement to which our entities are a party or of which they are the beneficiary. All agreements and documentation related to the entities referenced above remain in all other respects unchanged and effective. This includes any relevant guarantees, if applicable, to our entities.

For clarification purposes only, the financial obligations of several of our subsidiaries continue to be guaranteed by IXIS CIB and are currently rated AA/Aa2/AA[iii] by Standard & Poor's, Moody's and Fitch, respectively. In turn, the guarantee structure set up for IXIS CIB with recourse to Caisse Nationale des Caisses d'Epargne ("CNCE") – the central institution of Groupe Caisse d'Epargne – remains unchanged. Existing transactions guaranteed by Caisse des Dépôts Group ("CDC") remain unaffected and are currently rated AAA/Aaa/AAA[iiii].

For your perusal, we have enclosed an organizational chart, which illustrates our ownership structure, as well as the latest rating agency reports on IXIS CIB and Natixis.

Case: 09-05050    Doc#: 75-3    Filed: 06/08/10    Entered: 06/08/10 14:45:43    Page 1 of 3

I assure you, on behalf Natixis North America and its subsidiaries, that we will continue to provide you with the top level of service you have come to expect from us, coupled with an expanded array of products to meet your needs. Your contacts within our group of companies remain unchanged and are available to answer any questions that you may have. We appreciate your understanding during this change and trust that our business relationship will continue to flourish in the future.

Sincerely,

Luc de Clapiers
President and Chief Executive Officer

Enclosures

---

i  The Banker, July 2006; rank based on Tier 1 capital as of December 31, 2005.
ii  Natixis was formed on November 17, 2006 when Groups Banque Populaire and Caisse d'Epargne combined their corporate and investment banking, asset management and services subsidiaries. The consolidated financial information in this letter is stated on a proforma basis and reflects the situation that would have arisen if the merger had taken place on January 1, 2006 instead of November 17, 2006. All proforma figures are as of December 31, 2006 and prepared in conformity with IFRS.
iii  Ratings affirmed by Standard & Poor's on November 20, 2006, by Moody's on November 17, 2006 and by Fitch on November 17, 2006.
iiii  Ratings affirmed by Standard & Poor's on December 28, 2006, by Moody's on November 02, 2006 and by Fitch on November 24, 2006.

Natixis North America Inc. 9 West 57th Street 38th Floor New York, NY 10019 Tel 212-891-0100 Fax 212-891-6295 www.cm.natixis.com

Case: 09-05050    Doc# 75-3    Filed: 06/08/10    Entered: 06/08/10 14:45:43    Page 2 of 3

# Ownership of Natixis North America Inc. and its subsidiaries (abridged chart as of March 15, 2007)

NATIXIS NORTH AMERICA

Case: 09-05050 Doc# 75-3 Filed: 06/08/10 Entered: 06/08/10 14:45:43 Page 3 of 3

