| Basic Status Report | | 04/19/2007 | | 16:39:45 | | | | | | | | | | | Report Date: | 04/19/2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Line Sublimit | Loan Number | Borrower Name | Origination Date | Note Received Date | Warehouse Date | Current Balance | Available Borrowing Value | Original Borrowing Capacity | Current Borrowing Capacity | Current Coupon | Release Date | Ship Date | Days Aged | Libor Rate | Spread | Market Price |

**NCDB**
   **SUB1**
      **DRY**

REDACTED

Page 1

Case: 09-05050    Doc# 75-5    Filed: 06/08/10    Entered: 06/08/10 14:45:43    Page 1 of 2

| Customer Line Sublimit | Loan Number | Borrower Name | Origination Date | Note Received Date | Warehouse Date | Current Balance | Available Borrowing Value | Original Borrowing Capacity | Current Borrowing Capacity | Current Coupon | Release Date | Ship Date | Days Aged | Libor Rate | Spread | Market Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1012313445 | CAPORALE, RICHARD | 02/28/2007 | 03/05/2007 | 02/28/2007 | 930,000.00 | | | | | | | | | | |

REDACTED

Case: 09-05050    Doc# 75-5    Filed: 06/08/10    Entered: 06/08/10 14:45:43    Page 2 of 2