## IXIS Real Estate Capital Inc.
## MORTGAGE LOAN SCHEDULE
### New Century WH - Funded 04/20/2007

| Loan Number | Property | Cutoff Date | Next Int Date | Orig Term | Orig Bal | Curr P+I |
| Borrower Name | Occupancy | Closing Date | Loan Type | Orig LTV | Curr Bal | Margin |
| Property Address | Loan Purpose | Paid Thru Date | Balloon | Comb LTV | Senior Bal | Max Rate |
| Prepayment Penalty | Index Type | Next Due Date | Section 32 | Orig Rate | Appraisal | DTI Ratio |
| | Documentation | Maturity Date | Grade | Curr Rate | Sale Price | FICO Score |

**REDACTED**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1012313445 | Single Family Residence | 04/18/2007 | | | $930,000.00 | |
| CAPORALE, RICHARD | Primary | 02/28/2007 | | | | |
| 14943 CONWAY AVE, | Refinance - Cashout | 04/01/2007 | | | | |
| SANJOSE, CA 95124 | Libor - 6 Month | 05/01/2007 | | | | |
| Assume Standard | LIM | 03/01/2037 | | | | |

**REDACTED**

Page: 292　　Case: 09-05050　Doc# 75-7　Filed: 06/08/10　Entered: 06/08/10 14:45:43　Page 1 of 1　　Generated By: Hatzogj
Date: 05/16/2007 09:04:19 AM