1  Desmond J. Hinds, Esq. (SBN: 105831)
   Gary E. Devlin, Esq. (SBN: 210517)
2  HINSHAW & CULBERTSON LLP
   11601 Wilshire Blvd., Suite 800
3  Los Angeles, CA 90025
   Telephone:    310-909-8000
4  Facsimile:    310-909-8001

5  **Attorneys for Defendants**
   **SAXON MORTGAGE SERVICES INC.;**
6  **DUETSCHE BANK NATIONAL TRUST**
   **COMPANY AS TRUSTEE FOR MORGAN**
7  **STANLEY, MSAC 2007-NC3**

8  Marc Voisenat, Esq. (SBN: 170935)

9  LAW OFFICE OF MARC VOISENAT
   1330 Broadway, Suite 734
10 Oakland, CA 94612
   Telephone:  (510) 272-9710
11 Facsimile:  (510) 272-9158

12 **Attorneys for Plaintiffs**
   **RICHARD SOUZA CAPORALE AND**
13 **ISABEL SOUZA CAPORALE**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA [SAN JOSE DIVISION]

| | |
|---|---|
| In Re<br><br>RICHARD SOUZA CAPORALE<br>and ISABEL SOUZA CAPORALE,<br><br>Debtors. | **Adversary Case No. 09-05050**<br><br>(Related Chapter 7 Case No. 07-54109)<br><br>Assigned to Judge Arthur S. Weissbrodt |
| RICHARD SOUZA CAPORALE<br>and ISABEL SOUZA CAPORALE,<br><br>Plaintiffs,<br><br>vs.<br><br>SAXON MORTGAGE SERVICES INC., DUETSCHE BANK NATIONAL   TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY, MSAC 2007-NC3; AND DOES 1-10,<br><br>Defendants. | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: July 19, 2010<br>Time: 2:15 p.m.<br>Courtroom: 3020 |

1

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

**THE PARTIES HEREBY PRESENT THEIR JOINT CASE MANAGEMENT CONFERENCE STATEMENT TO THE COURT:**

1. Marc Voisenat for Plaintiffs RICHARD and ISABEL CAPORALE (collectively "Plaintiffs"), and Desmond J. Hinds for Defendants SAXON MORTGAGE SERVICES INC. and DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY, MSAC 2007-NC3 (collectively "Defendants") met and conferred on July 2, 2010 pursuant to the Order by the Honorable Arthur Weissbrodt dated March 17, 2009. This Court ordered the parties to meet and confer concerning any remaining briefing (and scheduling for same) pertaining to the issues set forth in the parties' most recent submissions to this Court concerning primarily the documentation for the transfer of the subject mortgage loan issued to Plaintiffs secured by the Plaintiffs' residence, as requested by the Court at the parties' hearing on February 12, 2010. The Court also requested that the parties meet and confer concerning the ultimate hearing date to resolve the issues briefed by the parties.

2. The parties agree that the issues are fully briefed based on the current state of the evidence. However, Plaintiffs seek a short telephonic deposition of John Hatzoglou, Vice President of Natixis North America Inc. ("Natixis"). Defendants submitted multiple declarations of Mr. Hatzoglou in support of its briefs. Although Mr. Hatzoglou, a New York resident, is a third party to this litigation (and Defendants technically have no control over his availability), Defendants have agreed to try and facilitate the deposition. Defendants have reached out to Mr. Hatzoglou but have yet to hear back from him. The parties

Case: 09-05050    Doc# 79    Filed: 07/07/10    Entered: 07/07/10 12:03:18    Page 2 of 3

31171383v1 68313

contemplate that Mr. Hatzoglou's deposition will occur on either July 12, 2010, July 13, 2010 or July 19, 2010.

3. Depending on information learned at the forthcoming Hatzoglou deposition, Plaintiffs may elect to file a short supplemental brief concerning that deposition. The parties agree that any such brief must be filed and served by July 29, 2010. If Plaintiffs elect to file such brief, Defendants' response would be due on August 13, 2010.

4. The parties contemplate the hearing date to resolve the outstanding issues in the parties' brief will occur some time after August 13, 2010. The parties request the Court set the hearing date consistent with its calendar for the first date available after August 13, 2010.

Dated: July 6, 2010     HINSHAW & CULBERTSON LLP

By: /s/ Desmond J. Hinds
    Desmond J. Hinds
    Attorneys for Defendants
    **SAXON MORTGAGE SERVICES INC.; DUETSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY, MSAC 2007-NC3**

Dated: July 6, 2010     LAW OFFICES OF MARC C. VOISENAT

By: /s/ Marc Voisenat
    Marc C. Voisenat
    Attorneys for Plaintiffs
    **RICHARD SOUZA CAPORALE AND ISABEL SOUZA CAPORALE**